# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA STATE CONTRACTORS BOARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A.M.N. MECHANICAL, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 2:07-cv-1047-LDG (LRL)<br><br>**ORDER** |

Nevada State Contractors Board initiated this matter as Complaint in Interpleader. The Court has granted disbursement of all proceeds deposited by plaintiff. Accordingly, for good cause shown,

　　　THE COURT **ORDERS** that this matter is CLOSED.

DATED this ___ day of September, 2010.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Lloyd D. George
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge